# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Terrence Cunningham ,

    Plaintiff(s),

vs.

USA,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:11-cv-470
3:99-cr-58-1

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 26, 2011 Order.

Signed: September 26, 2011

Frank G. Johns, Clerk
United States District Court